**Larry COFFMAN, Appellant,**

v.

**Jay NIXON; Joan L. Moriarty, Appellees.**

No. 04–1919.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 1, 2004.

Decided Sept. 3, 2004.

Larry Coffman, Farmington, MO, pro se.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Missouri inmate Larry Coffman appeals the district court's [1] preservice dismissal as frivolous of his 42 U.S.C. § 1983 complaint, which he filed in forma pauperis (IFP). Having carefully reviewed the record de novo, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude the district court properly dismissed the complaint for the reasons explained by the court, *see Waller v. Groose,* 38 F.3d 1007, 1008 (8th Cir.1994) (per curiam) (previous preservice dismissal as frivolous does not bar plaintiff from asserting identical claim in subsequent fee-paid complaint, but such dismissal does have res judicata effect on frivolousness determination for future IFP complaint asserting same claims).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.